JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ELVIN RAFIQ OGLU KARIMOV,
Petitioner,
v.
FERETI SEMAIA, et al.,
Respondents.

Case No. 5:26-cv-04804-SSC

JUDGMENT

Pursuant to the Memorandum and Order Granting Conditional Release filed on September 11, 2026, **IT IS ADJUDGED** that:

1. The petition is granted.
2. The Clerk of Court is directed to close this case.

DATED: 6 Oct. 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE